## Caras' Estate

Before Van Dusen, P. J., Stearne, Sinkler, Klein, Bolger, and Ladner, JJ.

290

*T. Henry Walnut,* for exceptant.
*Joseph Rappaport,* contra.

BOLGER, J., January 24, 1941.—We are of the opinion that the auditing judge has correctly decided the question raised by the exceptions and that nothing need be added to the discussion of the principles of law as set forth by him in his adjudication.

The exceptions are dismissed and the adjudication is confirmed absolutely.